**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FEDERAL TRADE COMMISSION, and**
**STATE OF FLORIDA, OFFICE OF THE**
**ATTORNEY GENERAL,**

                  **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-986-Orl-31KRS**

**INFORMATION MANAGEMENT FORUM,**
**INC., d/b/a Vacation Property Marketing**
**and Vacation Property Marketing Inc.,**
**and EDWARD LEE WINDSOR,**
**individually, and as an officer of**
**Information Management Forum, Inc.,**

                  **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiffs' Renewed Joint Motion for a Judgment and Final Order Against Defendants Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (Doc. No. 44) filed February 27, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

     1.    That the Report and Recommendation filed June 4, 2013 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Renewed Joint Motion for a Judgment and Final Order Against Defendants Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (Doc. No. 44) is **GRANTED**.

3. Defendants Information Management Forum, Inc. ("IMF") and Edward Lee Windsor ("Windsor") are liable to the Federal Trade Commission ("FTC") for violations of Section 5 of the FTC Act and the Telemarketing Sales Rules, as stated in Counts I and II of Plaintiffs' Complaint.

4. Defendants IMF and Windsor are liable to the State of Florida for violations of the Telemarketing Sales Act Rule and the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), as stated in Counts II and III of Plaintiffs' Complaint.

5. Plaintiffs shall have until August 16, 2013, to file a motion, memorandum of law, and evidence in support of the remedies they request in this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party