**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FEDERAL TRADE COMMISSION, and**
**STATE OF FLORIDA, OFFICE OF THE**
**ATTORNEY GENERAL,**

          **Plaintiffs,**

**-vs-**                                    **Case No.  6:12-cv-986-Orl-28KRS**

**INFORMATION MANAGEMENT FORUM,**
**INC., d/b/a Vacation Property Marketing**
**and Vacation Property Marketing Inc.,**
**and EDWARD LEE WINDSOR,**
**individually, and as an officer of**
**Information Management Forum, Inc.,**

          **Defendants.**
_____

## ORDER

This case is before the Court on the Receiver's Second Interim Application for Payment of Fees and Reimbursement of Expenses (Doc. 52).  The United States Magistrate Judge has submitted a Report (Doc. 54) recommending that the motion be granted and that the Receiver be authorized to disburse funds to pay himself $9,253.75 for Receiver fees.

After a review of the record in this matter, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Second Interim Application for Payment of Fees and Reimbursement of Expenses (Doc. 52) is **GRANTED,** and the receiver is **AUTHORIZED** to disburse funds to pay himself $9,253.75 for Receiver fees incurred from August 11, 2012, through September 20, 2013.

**DONE** and **ORDERED** in Orlando, Florida this 19th day of November, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party