UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION, and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL,**

**Plaintiffs,**

**-vs-** **Case No. 6:12-cv-986-Orl-28KRS**

**INFORMATION MANAGEMENT FORUM, INC., and EDWARD LEE WINDSOR,**

**Defendants.**

---

# ORDER

This case is before the Court on the Receiver's Final Application for Payment of Fees and Reimbursement of Expenses (Doc. 64) and the Receiver's Final Report and Motion to Conclude Receivership and Discharge Receiver (Doc. 65). These motions are addressed in turn.

## I. Application for Payment of Fees and Reimbursement of Expenses (Doc. 64)

The assigned United States Magistrate Judge has submitted a Report (Doc. 66) recommending that the Receiver's Final Application for Payment of Fees and Reimbursement of Expenses (Doc. 64) be granted. The Report recommends that the Court authorize the Receiver to pay himself $17,503.75 as fees for his work through the end of the Receivership and that the Court further authorize the Receiver to pay the actual costs

incurred for destruction of documents and desktop computers.[1] After a review of the record, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Thus, the Receiver's Final Application for Payment of Fees and Reimbursement of Expenses will be granted.

**II. Motion to Conclude Receivership and Discharge Receiver (Doc. 65)**

In his Final Report and Motion to Conclude Receivership and Discharge Receiver,[2] the Receiver proposes that the Court enter an Order on his final fee application (Doc. 64); that the Court then direct the Receiver to destroy the paper and electronic records of the Receivership Defendant and pay the costs associated therewith; that the Receiver then pay the balance of the funds in his possession to the Plaintiffs for application to their judgments; and that the Court discharge the Receiver, provide him with a general release, and otherwise conclude the Receiver's involvement in this case. The Court will grant the relief requested to the extent set forth below.

**III. Conclusion**

In accordance with the foregoing, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 66) is **ADOPTED** and **CONFIRMED** and made a part of this Order. Receiver's Final Application for Payment of Fees and Reimbursement of Expenses (Doc. 64) is **GRANTED**. The Receiver is authorized to pay

---

[1] In his application for payment of expenses, the Receiver estimated that these costs would be $1,104.50. (See Doc. 64 at 1-2).

[2] Unlike the Application for Payment of Fees and Reimbursement of Expenses, the Motion to Conclude Receivership and Discharge Receiver was not referred to the magistrate judge for issuance of a report and recommendation.

himself $17,503.75 as fees for his work through the end of the Receivership and to pay the actual costs incurred for destruction of documents and desktop computers.

2. Receiver's Final Report (Doc. 65) is **accepted** and his Motion to Conclude Receivership and Discharge Receiver (Doc. 65) is **GRANTED**. The Receiver is directed to destroy the paper and electronic records of the Receivership Defendant and to pay the costs associated therewith. The Receiver shall then pay the balance of the funds in his possession to the Plaintiffs for application to their judgments. After the Receiver has made the payments described in this Order, the Receiver is discharged from any further duties and obligations with regard to his appointment in this matter.

**DONE** and **ORDERED** in Orlando, Florida, this 8th day of January, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party